JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP LUNA, an individual | ) CASE NO.: CIV13-831 ABC (AJWx) |
| Plaintiffs, | ) [PROPOSED] ORDER FOR |
| | ) DISMISSAL OF ENTIRE ACTION |
| vs. | ) WITH PREJUDICE |
| KERRY INC. dba KERRY INGREDIENTS INC.; and DOES 1 through 100 inclusive | ) |
| Defendants. | ) |

IT IS ORDERED THAT all claims for relief in the above-captioned action brought by Plaintiff is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: November 21, 2013

*Audrey B. Collins*

HONORABLE AUDREY B. COLLINS

[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE